DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY HARTMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1385

[November 22, 2023]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Thomas J. Coleman, Judge; L.T. Case No. 02-6875CF10A.

Timothy Hartman, Crestview, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***